# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. HENCKLES, | Case No.: 1:11-at-00633 |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Docs. 4, 5) |
| Defendant. | |

Plaintiff Andrew S. Henckels filed a complaint on October 7, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. An amended application to proceed *in forma pauperis* was filed on October 24, 2011. Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.   The Clerk of Court is DIRECTED to issue a summons; and

3.   The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:     October 24, 2011**               **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE