# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. HENCKLES, | ) Case No.: 1:11-at-00633 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Docs. 4, 5) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff Andrew S. Henckels filed a complaint on October 7, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. An amended application to proceed *in forma pauperis* was filed on October 24, 2011. Plaintiff's applications demonstrate entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:      October 24, 2011**                          /s/ **Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE