IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW S. HENCKELS, | ) | 1:11cv01770 DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| vs. | ) | (Document 13) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 9, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to lodge the administrative record. The parties' request is GRANTED. Defendant SHALL file the administrative record on or before March 21, 2012.


IT IS SO ORDERED.

**Dated:    March 9, 2012**                    _____/s/ **Dennis L. Beck**_____
                                                            UNITED STATES MAGISTRATE JUDGE

1